LIGHTY and Another *v.* OVERBAY's Administrator.

VERDICT.—Suit upon a promissory note given for the price of personal property. Answer, a breach of a warranty of soundness. The evidence would have sustained a verdict for the plaintiff for the full amount of the note, but the jury found less than that amount, but more than the plaintiff should have recovered if the warranty was proved.
*Held*, that the defendant could not complain of the verdict.

APPEAL from the *Fountain* Common Pleas.

GREGORY, C. J.—This was a suit by *Overbay's* administrator against the appellants on a promissory note. The note was given for the price of wheat purchased by *Lighty* at the administrator's sale of the personal property of the deceased. The defense relied on was the breach of an alleged warranty as to the soundness of the wheat. The jury found less than the face of the note, but more than the amount to which the plaintiff was entitled under the evidence, admitting that the alleged warranty was proven. *Lighty* testified to the warranty. *Overbay*, the administrator, who made the sale, contradicted him. Some three or four witnesses corroborated *Overbay*. The jury, under the evidence, could well have found the full amount of the note and interest. That they found less is not a matter of

which *Lighty* can complain. As long as we require all the jury to agree, we must expect compromise verdicts.

The judgment is affirmed, with five per cent. damages and costs.

*M. M. Milford,* for appellants.

*T. F. Davidson,* for appellee.